UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLOMBUS DIVISION

ANNETTE GRAYER,

    Plaintiff,

-vs-                                      Case No. 4:15-cv-203(CDL)

CREDENCE RESOURCE
MANAGEMENT, LLC.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    COMES NOW the Plaintiff, ANNETTE GRAYER, and the Defendant, CREDENCE RESOURCE MANAGEMENT, LLC., by and through the undersigned and hereby stipulate and agree that this case has been settled and should be dismissed with prejudice and summarily closed on the Court Docket with each party to bear their own fees and costs. The Parties agree that this Court will retain jurisdiction over this matter to enforce the settlement agreement if necessary.

    Respectfully submitted this 11th day of March, 2016.

| | |
|---|---|
| */s/Octavio Gomez* | */s/Dayle M. Van Hoose* |
| Octavio Gomez, Esquire | Dayle M. Van Hoose, Esquire |
| Morgan & Morgan, Tampa, P.A. | Sessions, Fishman, Nathan & Isreal, LLP |
| One Tampa City Center | Florida Bar No. 0016277 |
| 201 N. Franklin Street, 7th Floor | Wendi E. Fassbender, Esquire |
| Tampa, FL 33602 | Sessions, Fishman, Nathan& Isreal, LLP |
| Tele: (813) 223-5505 | Georgia Bar No. 179133 |
| Fax: (813) 222-4725 | 14 Coopers Glen Drive, SW |
| Georgia Bar No.: 617963 | Mableton, GA 30126-2584 |
| TGomez@ForThePeople.com | Tele: (678) 209-7492 |
| Attorneys for Plaintiff | Fax: (877) 480-5639 |
| | Attorneys for Defendant |